UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CORRYN THOMPSON, MIKE STOKES, JR. and INTERVENTIONAL PAIN INSTITUTE,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE & CASUALTY COMPANY,<br><br>    Defendants. | Case No. 4:20-cv-1166-RWS<br><br>So Ordered<br><br>*[signature]* USDJ.<br>8/10/2021 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COME NOW Plaintiffs Corryn Thompson, Mike Stokes, Jr. and Interventional Pain Institute ("Plaintiffs") and pursuant to Fed. R. Civ. P. 41(a), Plaintiffs hereby serve this Notice of Voluntary Dismissal without prejudice of Defendants State Farm Mutual Automobile Insurance Company and State Farm Fire & Casualty Company ("Defendants"). In accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) this notice is being filed before the opposing party has served either an answer or motion for summary judgment.

Dated: August 9, 2021

Respectfully submitted,

*/s/ Anthony R. Friedman*
Anthony G. Simon, MO#38745
Anthony R. Friedman, MO#65531
Paul J. Tahan, MO#73037
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
St. Louis, Missouri 63101
(314) 241-2929
asimon@simonlawpc.com
afriedman@simonlawpc.com
ptahan@simonlawpc.com

1